UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---------------------------------------------------------
BRANDY HUDSON

        Plaintiff,

                              Civil Action No.
                              1:11-cv-01384-JDB-egb

    v.

LAW OFFICE OF L. RYAN COPELAND, P.C.,
LINDSAY RYAN COPELAND AND JOHN DOE(S)

        Defendants.
---------------------------------------------------------

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff hereby applies for the entry of default against Defendants, Law Office of L. Ryan Copeland, P.C. and Lindsay Ryan Copeland. Defendant Law Office of L. Ryan Copeland, P.C. was served with Plaintiff's Complaint via personal service on December 29, 2011. (*See* affidavit of service attached hereto as Exhibit A). Defendant Lindsay Ryan Copeland was served with Plaintiff's Complaint via personal service on December 29, 2011. (*See* affidavit of service attached hereto as Exhibit B). As of the date of this Motion, Defendants have not filed an Answer and has offered no explanation for their failure to answer the instant complaint. Accordingly, Plaintiff seeks default against Defendants in the amount of four thousand seven hundred nine dollars and eighty-five cents ($4,709.85), representing statutory damages in the amount of one thousand dollars ($1,000.00) pursuant to 15 U.S.C. §1692(k)(a)(2)(A). Plaintiff has incurred in excess of $4,100.00 in attorney's fees to date. However, Plaintiff seeks only the

amount of three thousand dollars ($3,000.00) in attorney's fees and seven hundred nine dollars and eighty-five cents ($709.85) in court costs.

This sum is supported by the Affidavit of undersigned, attached hereto as Exhibit C.

Dated: February 20, 2012

>Respectfully submitted,
>
>Brandy Hudson
>WEISBERG & MEYERS, LLC
>
>By: s/Craig Ehrlich
>   Craig Ehrlich
>   Attorney for Plaintiff
>   Weisberg & Meyers, LLC
>   1448 Madison Avenue
>   Memphis, TN 38104
>   Telephone: (602) 445 9819
>   Facsimile: (866) 565 1327
>   Email: CEhrlich@AttorneysForConsumers.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 20, 2012, a true and correct copy of the foregoing document was filed by electronic means through the Court's ECF System. A copy of the foregoing was mailed to the following on this 20th day of February, 2012:

Law Office of L. Ryan Copeland, P.C.
c/o Lindsay Ryan Copeland
227 Niagara St.
Buffalo, NY 14201

>By: s/Craig Ehrlich
>   Craig Ehrlich