# Exhibit "A"

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| Brandy Hudson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:11cv1384 JDB |
| Law Office of L. Ryan Copeland, P.C., Lindsay Ryan Copeland, and John Doe(s) | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Law Office of L. Ryan Copeland, P.C.
c/o 3875 Teachers Lane, Apt 1
Orchard Park, NY 14127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Craig Ehrlich
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/15/2011

s/Jennifer Hodge

*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: **SUMMONS & COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: John Wozniak
TITLE: **PROCESS SERVER**      DATE: 12/29/11

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LAW OFFICE OF L. RYAN COPELAND, P.C.

Place where served:

227 Niagara Street, Buffalo, NY 14201

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Corporate Serve to L. Ryan Copeland

Relationship to defendant: Owner

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'5"-5'8"   WEIGHT: 161-200   SKIN: W   HAIR: brown   OTHER: none

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/3/2012

SIGNATURE OF John Wozniak
GUARANTEED SUBPOENA SERVICE, INC
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: CRAIG EHRLICH, ESQ.
PLAINTIFF: BRANDY HUDSON
DEFENDANT: LAW OFFICE OF L. RYAN COPELAND, P.C., ET ALS
VENUE: DISTRICT OF TENNESSEE
DOCKET: 1 11 CV 01384 JDB EGB

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.