UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

BRANDY HUDSON

       Plaintiff,

                                    Civil Action No.
                                    1:11-cv-01384-JDB-egb

  v.

LAW OFFICE OF L. RYAN COPELAND, P.C.,
LINDSAY RYAN COPELAND AND JOHN DOE(S)

       Defendants.

---

### [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff's Application for Entry of Default Judgment, the Court having considered the record and the documents filed by the parties,

IT IS HEREBY ORDERED that Plaintiff's Application for Entry of Default Judgment is GRANTED. The Clerk is directed to enter Default Judgment against Defendants.

Dated this _____ day of _____, 20___.

                                              _____
                                              Hon. Edward G. Bryant
                                              U.S. District Court Judge