## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

--------------------------------------------------------

BRANDY HUDSON

       Plaintiff,

                                      Civil Action No.
                                      1:11-cv-01384-JDB-egb

    v.

LAW OFFICE OF L. RYAN COPELAND, P.C.,
LINDSAY RYAN COPELAND AND JOHN DOE(S)

       Defendants.

--------------------------------------------------------

## ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Default Judgment, the Court having considered the record and the documents filed by the parties.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment, is GRANTED.

Dated this _____ day of _____, 20___.


_____
Hon. J. Daniel Breen
U.S. District Court Judge