# Exhibit "C"

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

---------------------------------------------------------
BRANDY HUDSON

        Plaintiff,

                                Civil Action No.
                                1:11-cv-01384-JDB-egb

    v.

LAW OFFICE OF L. RYAN COPELAND, P.C.,
LINDSAY RYAN COPELAND AND JOHN DOE(S)

        Defendants.
---------------------------------------------------------

### AFFIDAVIT OF CRAIG J. EHRLICH

The Affiant, being duly sworn and upon oath, hereby states the following:

1. I am competent to testify in a court of law and if called to do so would testify as specified herein.

2. I am one of Plaintiff's attorneys in this matter and was retained to represent Plaintiff in a Federal Fair Debt Collections Practices Act ("FDCPA") claim against Defendants.

3. My office, in an effort to minimize costs, first tried to resolve this matter with Defendants, Law Office of L. Ryan Copeland, P.C. and Lindsay Ryan Copeland, through an informal letter. After this method proved unsuccessful, my office filed suit against Defendants. Despite being served Defendants have not answered the Complaint.

4.      Pursuant to the FDCPA, Plaintiff is entitled to statutory damages of up to one thousand dollars, attorney fees and court costs if Plaintiff prevails.

5.      Defendants' failure to answer the instant complaint constitutes an acquiescence to the merits of the Complaint and that Plaintiff has prevailed herein.

6.      Defendant Lindsay Ryan Copeland is not currently in the U.S. military, as evidenced by search results received from the Department of Defense's website attached hereto.

7.      The total amount of the sum-certain judgment sought herein the amount of four thousand seven hundred nine dollars and eighty-five cents ($4,709.85), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. §1692(k)(a)(2)(A). Plaintiff has incurred more than $4,100.00 in attorney's fees to date. Excising billing discretion Plaintiff seeks three thousand dollars ($3,000.00) in attorney fees and seven hundred nine dollars and eighty-five cents ($709.85) for court costs.

**FURTHER AFFIANT SAYETH NAUGHT.**

By: **s/ Craig J. Ehrlich**
**Craig J. Ehrlich**

-2-



tdavis@attorneysforconsumers.co
**Log out**

**Submit a Search**      **My Account**      **Order Status**      **Resources & Links**      **F.A.Q.**      **Contact Us**      **T.O.S.**   **Home**

Order Status            Transaction Summary

 Order Status

| | |
|---|---|
| **First Name**<br>Lindsay | **Middle Initial**<br>R |
| **Last Name**<br>Copeland | **Suffix** |
| **SSN** | **Birthdate** |
| **Response**<br>No Record - No SSN Supplied | **Agency** |
| **Status**<br>Completed | **Tracking No**<br>201203293469 |
| **Duty Start Date**<br>n/a | **Duty End Date**<br>n/a |
| **Miscellaneous Information**<br>Law Office of L. Ryan Copeland, P.C. | |
| **Date Order Created**<br>3/29/2012 | **Date Order Finalized**<br>3/30/2012 |
| **E-mail**<br>tdavis@attorneysforconsumers.com | **Company Address**<br>5025 N. Central Ave., #602, Phoenix, Arizona , 85012 |
| **Company Name**<br>Weisberg & Meyers, LLC | **Company Phone**<br>888-595-9111 |
| **Amount Charged on Credit Card**<br>36.40 | **Transaction No.**<br>9081 |
| **Order Number**<br>6WH71821FB3221715 | |





Site Encryption: High-grade
(AES, 256 bit)

Home  | About Us & Our Services  | Resources & Links  | FAQs  |  Contact us  |  Sitemap
D.C. Registered Agent, Inc. 1120 20th St NW #S-300-RLK Washington, DC 20036 Tel. (202) 462-0600
Copyright 2012 - D.C. Registered Agent, Inc  |  Terms of Use  |  Privacy Policy

The Servicemembers Civil Relief Act ("SCRA", successor to the Soldiers and Sailors Relief Act) accords certain protections and rights to individuals who are either on active military duty or recently retired. The purpose of the Act is to allow the servicemembers to perform their valuable duties without the worry of civil prosecution, foreclosure or eviction under most circumstances. Before a court will permit such actions, the court will require certification that a military search has been conducted to confirm that the individual is not entitled to the protections of the Act. Proof of that search is often in the form of a military affidavit, "non-military affidavit", or "nonmilitary affidavit".  The Servicemembers Civil Relief Act Centralized Verification Service (SCRACVS) is available on-line and permits SCRA searches even if no social security number or date of birth of the individual is available. In addition, SCRACVS provides full tracking, covers recently retired personnel, and provides unequivocal responses. The Defense Manpower Data Center (DMDC or DMDC.osd) is more limited as a resource because it is unable to conduct an unequivocal active duty military search unless a Social Security Number (SSN) is provided. If a d.o.b. alone is provided, the DMDC will issue a strong disclaimer indicating that the military certification is not guaranteed if no SSN was provided. Some courts will not accept a response with such a disclaimer. The SCRACVS response generally does not include this disclaimer. Information secured from us does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, information secured from us may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA. Due to the nature of the origin of public record information, the public records and commercially available data sources used in reports may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. Our product and services aggregate and report data, as provided by the public records and commercially available data sources, and are not the source of the data.