IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BRANDY HUDSON,

    Plaintiff,

v.                              No. 11-1384

LAW OFFICE OF L. RYAN COPELAND, P.C.,
LINDSAY RYAN COPELAND, and JOHN DOE(S),

    Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

    Pursuant to an order of reference entered on March 13, 2012, the magistrate judge issued a report and recommendation dated May 23, 2012 (D.E. 13) on the motion of the Plaintiff, Brandy Hudson, for default judgment against Defendants, Law Office of L. Ryan Copeland, P.C. and Lindsay Ryan Copeland (D.E. 9). The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation. It is therefore ORDERED that the magistrate judge's report and recommendation is hereby ADOPTED.

    IT IS SO ORDERED this 14th day of June 2012.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE